**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 1:19-cv-01612-RM-KMT

COLVIN THOMAS,

    Plaintiff,

v.

DEPUTY ROGERS #16004,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the recommendation of United States Magistrate Judge Kathleen M. Tafoya (ECF No. 36) to grant Defendant's motion to dismiss Plaintiff's amended prisoner complaint (ECF No. 26). Plaintiff, a pretrial detainee proceeding pro se[1], alleges that Defendant violated his constitutional rights by not allowing him to file a grievance and by using excessive force against him. Plaintiff did not respond to the motion to dismiss, and the matter was referred to the magistrate judge, who recommends granting Defendant's motion because Plaintiff failed to state a claim against Defendant and because Defendant is entitled to qualified immunity. The recommendation advised Plaintiff that specific written objections were due within fourteen days after being served a copy of the recommendation. Plaintiff did not object, and the time to do so has expired.

---

[1] Because Plaintiff proceeds pro se, the Court must liberally construe his pleadings. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972). But the Court cannot act as his advocate. *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

"In the absence of a timely objection, the district court may review a magistrate judge's report under any standard it deems appropriate." *Summers v. State of Utah*, 927 F.3d 1165, 1167 (10th Cir. 1991).  The Court concludes the magistrate judge's analysis was thorough and sound and discerns no clear error on the face of the record.  The recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

Accordingly, the Court ACCEPTS and ADOPTS the recommendation (ECF No. 36) and GRANTS the motion to dismiss (ECF No. 26).  The Clerk is directed to enter JUDGMENT in Defendant's favor and CLOSE this case.

DATED this 29th day of May, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge